# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC § § § Plaintiff, § § vs. § § BEACHBODY, LLC § § Defendant. § § | Case No: 2:16-cv-1261-RWS  LEAD & CONSOLIDATED CASE |

## UNOPPOSED MOTION TO DISMISS DEFENDANT BEACHBODY, LLC WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a), Plaintiff Rothschild Broadcast Distribution Systems, LLC moves the Court to dismiss all of its claims against Defendant Beachbody, LLC with prejudice, and with each party to bear its own attorneys' fees and costs and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: March 3, 2017                                    Respectfully Submitted,

                                                        */s/ Jay Johnson*
                                                        **JAY JOHNSON**
                                                        State Bar No. 24067322
                                                        **BRAD KIZZIA**
                                                        State Bar No. 11547550
                                                        **KIZZIA JOHNSON PLLC**
                                                        1910 Pacific Ave.
                                                        Suite 13000
                                                        Dallas, TX 75201
                                                        (214) 451-0164
                                                        Fax: (214) 451-0165
                                                        jay@kjpllc.com
                                                        bkizzia@kjpllc.com

                                                        **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 3, 2017.

                                                        */s/ Jay Johnson*
                                                        Jay Johnson

### CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff certifies that he met and conferred with counsel for Defendant on March 3, 2017 and that Defendant does not oppose this motion.

                                                        */s/ Jay Johnson*
                                                        Jay Johnson