IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1261-RWS |
| vs. | § § | LEAD CASE |
| BEACHBODY, LLC | § § | |
| Defendant. | § § | |
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1448-RWS |
| vs. | § § | CONSOLIDATED CASE |
| UDEMY, INC. | § § | |
| Defendant. | § § | |

## MOTION TO DISMISS DEFENDANT UDEMY, INC. WITHOUT PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby moves to dismiss this civil action without prejudice pursuant to Fed. R. Civ. P. 41 (a).  Plaintiff notes that Defendant has filed neither an answer nor a motion for summary judgment.

Wherefore, Plaintiff requests that the Court dismiss Plaintiff's claims against Defendant Udemy, Inc. without prejudice with each party to bear its own fees and costs.

| | |
|---|---|
| Dated: March 3, 2017 | Respectfully submitted, |

        */s/ Jay Johnson*
        **JAY JOHNSON**
        State Bar No. 24067322
        **BRAD KIZZIA**
        State Bar No. 11547550
        **KIZZIA JOHNSON PLLC**
        1910 Pacific Ave., Suite 13000
        Dallas, TX 75201
        (214) 451-0164
        Fax: (214) 451-0165
        jay@kjpllc.com
        bkizzia@kjpllc.com

        **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 3, 2017.

        */s/ Jay Johnson*
        Jay Johnson