# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC § § § Plaintiff, § § vs. § § BEACHBODY, LLC § § Defendant. § § | Case No: 2:16-cv-1261-RWS  LEAD & CONSOLIDATED CASE |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's motion to dismiss with prejudice Defendant Beachbody, LLC pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

SO ORDERED.

**SIGNED this 6th day of March, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE